UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Honorable Peter G. Sheridan |
| v. | : | Criminal No. 20-87 |
| PARAMJIT SINGH | : | AMENDED RESTITUTION ORDER |

This matter having been opened to the Court on the joint application of Philip R. Sellinger, United States Attorney for the District of New Jersey (Joseph N. Minish, Assistant U.S. Attorney, appearing) and defendant Paramjit Singh (Justin P. Walder, Esq. and Aidan P. O'Connor, Esq., appearing) for an amended restitution order; and the Court having ordered on June 16, 2021, that defendant make restitution in the amount of $1,162,252.79, and for good cause shown;

IT IS on this 2nd day of February 2022;

ORDERED that, the judgment entered on June 22, 2021 (ECF #14) is hereby amended as follows:

1. Defendant shall make restitution in the amount of $1,167,052.97.
2. All other provisions of the judgment remain in effect.

s/Peter G. Sheridan

Hon. Peter G. Sheridan
United States District Judge

The undersigned hereby consent to the entry and form of this Order

Philip R. Sellinger
United States Attorney

s/ Joseph N. Minish

Joseph N. Minish
Assistant United States Attorney


Justin P. Walder, Esq.
Aidan P. O'Connor, Esq.
Attorneys for Defendant